IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LECRISTAL HOWARD, ) | |
| ) | |
| PLAINTIFF, ) | CASE NO. _____ |
| ) | |
| V. ) | |
| ) | |
| GOLDEN AGE OAK VIEW HOME, LLC, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Golden Age Oak View Home, LLC ("Defendant") files this Notice of Removal of the above-captioned matter from the Jones County Superior Court, State of Georgia, to the United States District Court for the Middle District of Georgia, Macon Division.

In support of this Notice of Removal, Defendant states as follows:

1. This case arises out of Plaintiff Lecristal Howard's ("Plaintiff") prior employment with Defendant. On February 13, 2023, Plaintiff filed this civil action, Case No. 2023-cv-078, captioned *Lecristal Howard v. Golden Age Oak View Home, LLC* in the Superior Court of Jones County, State of Georgia.

2. Thereafter, on February 28, 2023, Plaintiff served her Complaint on Defendant's registered agent. True and correct copies of the Summons and Complaint filed and served in the state court action are attached hereto as **Exhibit A** to this Notice of Removal, in conformity with 28 U.S.C. § 1446(a), and incorporated herein by reference.

1

3. The Summons and Complaint constitute all of the pleadings that have been served upon Defendant in this action. Defendant has filed no pleadings with the Superior Court of Jones County.

4. This Notice is submitted within thirty days of Defendant's receipt of service. Simultaneous with this filing, Defendant will notify the Superior Court of Jones County of its removal of this action. A copy of the Notice that will be filed with the Clerk of the Court for the Superior Court of Jones County and served upon Plaintiff is attached hereto as **Exhibit B.**

## JURISDICTION AND VENUE

5. Removal of the entire action is proper under 28 U.S.C. §§ 1441(a) and 1331, federal question jurisdiction, in that this is a civil action arising under the laws of the United States. In the Complaint, Plaintiff appears to allege discrimination and retaliation based on her medical disability in violation of the Americans with Disabilities Act, 42. U.S.C §12112 et. seq. This entire action is removable based upon the Court's original jurisdiction. 28 U.S.C. §§ 1331, 1441(a) and 1446.

6. This Court has original jurisdiction over the current civil action pursuant to 28 U.S.C. § 1331. Section 1331 provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Venue is proper in this Court and Division in that this is the court of the district embracing the place where the action is pending in state court, as this case was originally filed in Jones County, Georgia. *See* 28 U.S.C. § 1441(a) and 1446(a); Local Civil Rule 3 (M.D.Ga.).

8. Venue is proper in this Court and Division because some of the events or omissions alleged in the Complaint occurred in Jones County, Georgia. *See* 28 U.S.C. § 1446(a); Local Civil Rule 3 (M.D.Ga.).

9. This Court has original jurisdiction over the current civil action pursuant to 28 U.S.C. § 1331. Section 1331 provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

10. Accordingly, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant removes this action from the Superior Court of Jones County to the United States District Court for the Middle District of Georgia, Macon Division.

Respectfully submitted this 27th day of March, 2023.

                                          CONSTANGY, BROOKS, SMITH
                                          & PROPHETE, LLP

                                          /s/ W. Jonathan Martin II
                                          W. JONATHAN MARTIN II
                                          Georgia Bar No. 474590
                                          PATRICIA-ANNE BROWNBACK
                                          Georgia Bar No. 564294

577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA 31202-1975
(478) 750-8600
jmartin@constangy.com
pbrownback@constangy.com

                                          Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed this **DEFENDANT'S NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record and I hereby certify that I have sent the foregoing via U.S. Mail to the following:

Janice M. Wallace
BECK, OWEN & MURRAY
100 S. Hill Street, Suite 600
Griffin, GA 30223
jwallace@beckowen.com

    This 27th day of March, 2023.

                                        CONSTANGY, BROOKS, SMITH
                                        & PROPHETE, LLP

                                        /s/ W. Jonathan Martin II
                                        W. JONATHAN MARTIN II
                                        Georgia Bar No. 474590

577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA 31202-1975
(478) 750-8600
jmartin@constangy.com