IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LECRISTAL HOWARD, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00110-TES |
| | * |
| GOLDEN AGE OAK VIEW HOME, LLC, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 11, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 11th day of May, 2023.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk